IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAS ADISA GAMBA,

      Plaintiff,                         No. CIV S-05-1434 LKK GGH P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                   <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        By order filed on January 9, 2006, plaintiff was given twenty days to show cause why this court should not impose the sanction of dismissal pursuant to Fed. R. Civ. P. 11(c)(1)(B) for violation of Fed. R. Civ. P. 11(b) for plaintiff's failure to have accurately identified the number of cases he had brought previously to filing the instant action. In addition, plaintiff was directed to indicate the disposition of each of the cases he brought prior to the action herein. Plaintiff was cautioned that failure to respond timely to the show cause order would result in a recommendation of dismissal with prejudice of this action.

1       Plaintiff now seeks an extension of time to file his response, as well as a direction
2 from the court to the Clerk of the Court to provide plaintiff with docket sheets for the 22 cases
3 which this court noted that court records indicated he had brought (but failed to identify) in the
4 U.S. District Court, Eastern District of California.  It is not the function of the court to provide
5 court records to plaintiff.[1]
6       As to his January 30, 2006 request for an extension of time to respond to the
7 court's January 9, 2006 show cause order, the court will grant a 30-day extension from the date
8 this order is signed for plaintiff to file his response.  There will be no further extension of time.
9       IT IS SO ORDERED.
10 DATED: 2/16/06

                                        /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
gamb1434.eot

---

[1] The Clerk's Office provides the following information: "Copies of documents may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814.  Their phone number is 916-441-4396.  The court will provide copies of the docket sheet(s) at $0.50 per page.  Checks in the exact amount are made payable to "Clerk, USDC.'"
    Even if plaintiff had been granted in forma pauperis status at this point which, of course, he has not, such status does not include the cost of copies of court documents being borne by the court on plaintiff's behalf.